Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
          jchong@spencerfane.com
*Attorneys for Defendant USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **CHRISTOPHER ORTIZ JR.**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY,** a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00554-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT USAA CASUALTY INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Christopher Ortiz ("Plaintiff"), and Defendant, USAA Casualty Insurance Company ("Defendant") have agreed to extend the time for Defendant to Respond to Plaintiff's Complaint for two weeks, from April 19, 2023 to May 3, 2023. Plaintiff filed his complaint on March 10, 2023 and Defendant was served on March 13, 2023. This is the parties' first stipulation to extend Defendant's time to respond to the Complaint.

///

///

///

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)

The parties request this brief extension to accommodate Defendant's counsel being on maternity leave. Defendant's counsel returns to the office on or about May 8, 2023.

This request is made in good faith and not for the purpose of delay.

DATED this 18th day of April, 2023.

SPENCER FANE, LLP

/s/ *Mary Bacon*
Mary E. Bacon, Esq. (Nevada Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
300 South Fourth Street, Suite 950
Las Vegas, Nevada  89101
*Attorneys for Defendant USAA Casualty Insurance Company*

THE POWELL LAW FIRM

/s/ *Traysen Turner*
Paul D. Powell, Esq. (Nevada Bar No. 7488)
Traysen N. Turner, Esq. (Nevada Bar No. 16017)
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated:  April 18, 2023