1  Mary E. Bacon, Esq.
   (NV Bar No. 12686)
2  Jessica E. Chong, Esq.
   (NV Bar No. 13845)
3  SPENCER FANE LLP
   300 S. Fourth Street, Suite 950
4  Las Vegas, NV 89101
   Telephone: (702) 408-3400
5  Facsimile (702) 938-8648
   Email: mbacon@spencerfane.com
6          jchong@spencerfane.com

7  *Attorneys for Defendant USAA Casualty Insurance Company*

8                 **UNITED STATES DISTRICT COURT**
9                    **DISTRICT OF NEVADA**

10  **CHRISTOPHER ORTIZ JR.**, an          Case No. 2:23-cv-00554-GMN-EJY
    individual,
11
                                           **STIPULATION AND ORDER TO**
12              Plaintiff,                  **EXTEND TIME FOR DEFENDANT**
                                           **USAA CASUALTY INSURANCE**
13       v.                                **COMPANY TO FILE RESPONSIVE**
                                           **PLEADING TO PLAINTIFF'S**
14  **USAA    CASUALTY    INSURANCE**       **COMPLAINT**
    **COMPANY,** a foreign corporation; DOE
15  INDIVIDUALS I-X, inclusive; and ROE     **(SECOND REQUEST)**
    CORPORATIONS I-X, inclusive,
16
17              Defendants.

18         Plaintiff, Christopher Ortiz ("Plaintiff"), and Defendant, USAA Casualty Insurance

19  Company ("Defendant") have agreed to extend the time for Defendant to Respond to

20  Plaintiff's Complaint for one week, from May 3, 2023 to May 12, 2023. Plaintiff filed his

21  complaint on March 10, 2023 and Defendant was served on March 13, 2023. This is the

22  parties' second stipulation to extend Defendant's time to respond to the Complaint.

23         The parties request this brief extension to accommodate Defendant's counsel being

24  on maternity leave. Defendant's counsel returns to the office on or about May 8, 2023.

25         This request is made in good faith and not for the purpose of delay.

26

27

28

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (SECOND REQUEST)

1      DATED this 2nd day of May, 2023.

2

3    SPENCER FANE, LLP

4    /s/ Mary E. Bacon
5    Mary E. Bacon, Esq. (Nevada Bar No. 12686)
     Jessica E. Chong, Esq. (Nevada Bar No. 13845)
6    300 South Fourth Street, Suite 950
     Las Vegas, Nevada  89101
7    Attorneys for *Defendant Garrison
     Property and Casualty Insurance Company*
8

9
     THE POWELL LAW FIRM
10

11   /s/ Traysen Turner                                          ___
     Paul D. Powell (7488)
12   Traysen N. Turner (16017)
13   8918 Spanish Ridge Avenue, Suite 100
     Las Vegas, Nevada 89148
14   Phone: 702.728.5500; Facsimile: 702.728.5501
     *Attorneys for Plaintiff*
15

16

17
                                    **ORDER**
18
              IT IS SO ORDERED.
19

20

21   _____
     UNITED STATES MAGISTRATE JUDGE
22

23   DATED:  May 2, 2023

24

25

26

27

28
                                2                Case No. 2:23-cv-00554-GMN-EJY