Paul D. Powell (7488)
Tom W. Stewart (14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tom@tplf.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER ORTIZ, an individual,<br><br>Plaintiff,<br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | Case No. 2:23-cv-00554-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S SECOND, THIRD, AND FOURTH CAUSES OF ACTION AND MOTION TO STRIKE PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES AND ATTORNEY'S FEES**<br><br>**(FIRST REQUEST)** |

The parties hereby stipulate to extend Plaintiff Christopher Ortiz's deadline to respond to Defendant USAA Casualty Insurance Company's motion to dismiss plaintiff's second, third, and fourth causes of action and motion to strike plaintiff's request for punitive damages and attorney's fees (Doc. #11) by 14 days.

. . .

- 1 -

This extension sets the new response deadline on June 9, 2023.

| | |
|---|---|
| Dated May 26, 2023. | Dated May 26, 2023. |
| **THE POWELL LAW FIRM** | **SPENCER FANE LLP** |
| By: /s/ Tom W. Stewart<br>Paul D. Powell (7488)<br>Tom W. Stewart (14280)<br>8918 Spanish Ridge Avenue, Suite 100<br>Las Vegas, Nevada 89148<br>Attorneys for Plaintiff | By: /s/ Mary E. Bacon<br>Mary E. Bacon (12686)<br>Jessica E. Chong (13845)<br>300 S. Fourth Street, Suite 950<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

5/26/23

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -