Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
         jchong@spencerfane.com

*Attorneys for Defendant USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **CHRISTOPHER ORTIZ JR.**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY,** a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00554-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT USAA CASUALTY INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S, SECOND, THIRD, AND FOURTH CAUSES OF ACTION AND MOTION TO STRIKE PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES AND ATTORNEY'S FEES**<br><br>**(FIRST REQUEST)** |

Plaintiff, Christopher Ortiz ("Plaintiff"), and Defendant, USAA Casualty Insurance Company ("Defendant") have agreed to extend the time for Defendant to file its Response to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Second, Third and Fourth Causes of Action and Motion to Strike Plaintiff's Request for Punitive Damages and Attorney's Fees by seven (7) days, from Friday June 16, 2023 to Friday June 23, 2023.

The parties request this brief extension to accommodate Defendant's counsel being out of the office due to a family emergency.

This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| DATED this 14th day of June, 2023. | DATED this 14th day of June, 2023. |
| **THE POWELL LAW FIRM** | **SPENCER FANE, LLP** |
| /s/ Tom W. Stewart | /s/ Mary E. Bacon |
| Paul D. Powell (7488)<br>Tom W. Stewart (14280)<br>8918 Spanish Ridge Avenue, Suite 100<br>Las Vegas, Nevada 89148 | Mary E. Bacon, Esq.<br>(Nevada Bar No. 12686)<br>Jessica E. Chong, Esq.<br>(Nevada Bar No. 13845)<br>300 South Fourth Street, Suite 950<br>Las Vegas, Nevada 89101<br>Attorneys for *Defendant Garrison Property and Casualty Insurance Company* |

**ORDER**

IT IS SO ORDERED.

Dated this  14   day of June, 2023.

_____
DISTRICT COURT JUDGE

2

Case No. 2:23-cv-00554-GMN-EJY

DN 7864694.1