Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
           jchong@spencerfane.com

*Attorneys for Defendant USAA Casualty Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CHRISTOPHER ORTIZ JR.**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY,** a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00554-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT USAA CASUALTY INSURANCE COMPANY'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Christopher Ortiz ("Plaintiff"), and Defendant, USAA Casualty Insurance Company ("Defendant") have agreed to extend the time for Defendant to file its Response to Plaintiff's First Amended Complaint by seven (7) days, from Tuesday, November 21, 2023 to Tuesday, November 28, 2023.

The parties request this brief extension to accommodate the impending holiday. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| DATED this 21st day of November, 2023. | DATED this 21st day of November, 2023. |
| **THE POWELL LAW FIRM** | **SPENCER FANE, LLP** |

/s/ Tom W. Stewart
Paul D. Powell (7488)
Tom W. Stewart (14280)
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
(Nevada Bar No. 12686)
Jessica E. Chong, Esq.
(Nevada Bar No. 13845)
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101
Attorneys for *USAA Casualty Insurance Policy*

## ORDER

IT IS SO ORDERED this 21st day of November, 2023.

_____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE