Paul D. Powell (7488)
Tom W. Stewart (14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | tom@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER ORTIZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendant. | Case No. 2:23-cv-00554-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND, THIRD, AND FOURTH CAUSE OF ACTION IN PLAINTIFF'S AMENDED COMPLAINT AND MOTION TO STRIKE PLAINTIFF'S REQUEST FOR PUNITIVE DAMAGES AND ATTORNEY'S FEES** |

The parties stipulate that the deadline to respond to defendant's motion to dismiss plaintiff's second, third, and fourth causes of action in plaintiff's amended complaint, and motion to strike plaintiff's request for punitive damages and attorney's fees is continued from December 12, 2023, to January 11, 2024.

**IT IS SO STIPULATED.**

Dated December 12, 2023.                                           Dated December 12, 2023.

**THE POWELL LAW FIRM**                                          **SPENCER FANE LLP**

By: /s/ Tom W. Stewart                                                  By: /s/ Mary E. Bacon
Paul D. Powell (7488)                                                   Mary E. Bacon (12686)
Tom W. Stewart (14280)                                                Jessica E. Chong (13845)
Attorneys for Plaintiff                                                      Attorneys for Defendant

**ORDER**

**IT IS ORDERED** that the response deadline is moved from December 12, 2023 to January 11, 2024.

**IT IS SO ORDERED.**

Dated this 12 day of December, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

- 1 -