Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
         jchong@spencerfane.com

*Attorneys for Defendant USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **CHRISTOPHER ORTIZ JR.**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY,** a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00554-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT USAA CASUALTY INSURANCE COMPANY'S TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Christopher Ortiz ("Plaintiff"), and Defendant, USAA Casualty Insurance Company ("Defendant") have agreed to extend the time for Defendant to file its Reply in Support of its Motion to Dismiss Plaintiff's First Amended Complaint, ECF. 33, by seven (7) days, from Thursday, January 18, 2024 to Thursday, January 25, 2024.

The parties request this brief extension to accommodate defense counsel's schedule. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| DATED this 18th day of January, 2024. | DATED this 18th day of January, 2024. |
| **THE POWELL LAW FIRM** | **SPENCER FANE, LLP** |
| /s/ Tom W. Stewart | /s/ Mary E. Bacon |
| Paul D. Powell (7488)<br>Tom W. Stewart (14280)<br>8918 Spanish Ridge Avenue, Suite 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff* | Mary E. Bacon, Esq.<br>(Nevada Bar No. 12686)<br>Jessica E. Chong, Esq.<br>(Nevada Bar No. 13845)<br>300 South Fourth Street, Suite 950<br>Las Vegas, Nevada  89101<br>*Attorneys for USAA Casualty Insurance Company* |

### ORDER

**IT IS SO ORDERED**.

Dated this  22  day of January, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT