Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
          jchong@spencerfane.com

*Attorneys for Defendant USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **CHRISTOPHER ORTIZ JR.**, an individual, <br><br> Plaintiff, <br><br> v. <br><br> **USAA CASUALTY INSURANCE COMPANY,** a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:23-cv-00554-GMN-EJY <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY** <br><br> **(FOURTH REQUEST)** |

Plaintiff, Christopher Ortiz ("Plaintiff"), and Defendant, USAA Casualty Insurance Company ("Defendant") have agreed to extend the discovery deadlines by 60 days. In support of this Stipulation the parties state as follows:

**A. DISCOVERY THAT HAS BEEN COMPLETED**

1. On July 10, 2023, the parties conducted an initial FRCP 26(f) conference.
2. On July 18, 2023, Plaintiff served his FRCP 26 Initial Disclosures.
3. On July 18, 2023, Defendant served their FRCP 26 Initial Disclosures.
4. Defendant subpoenaed Plaintiff's medical providers and pharmacies.
5. On October 27, 2023, Defendant disclosed its FRCP first supplemental disclosures.

6. On September 19, 2023, Plaintiff served his FRCP first supplemental disclosure.
7. Defendant subpoenaed Plaintiff's medical providers.
8. Defendants have served requests for production, and interrogatories on Plaintiff.
9. On January 24, 2024, Defendant disclosed its FRCP second supplemental disclosure.
10. On March 28, 2024, Plaintiff disclosed its FRCP second supplemental disclosures.

**B. DISCOVERY REMAINING:**

1. Plaintiff's supplemental FRCP disclosures;
2. Defendant's supplemental FRCP disclosures;
3. Defendant written discovery requests;
4. Initial and supplemental expert disclosures;
5. Independent Medical Examination of Plaintiff
6. Deposition of Plaintiff;
7. Deposition of Defendant;
8. Depositions of the parties' lay witnesses;
9. Depositions of the parties' expert witnesses; and
10. Any other potential depositions or written discovery which may become necessary as discovery continues.

**C. REASONS REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME SET BY PRIOR DISCOVERY PLAN:**

The parties have diligently engaged in discovery in this matter. The parties strongly believed settlement was possible in this case, and invested the last several months in that goal. Ultimately, the parties were not successful.  Good cause exists to continue existing deadlines because the Parties agreed to pause expert discovery to invest that time and resources towards settlement. The parties now need time to engage experts and complete their depositions, etc. with the goal of continuing settlement negotiations with the benefit of

expert opinions.

No party will be prejudiced by the extension, and the requested extension is made in good faith and not for purposes of delay. Based on the foregoing, the parties respectfully request that the Court grant their joint request to extend the deadline by 60 days in accordance with the requested amended discovery deadlines.

### D. PROPOSED SCHEDULE FOR COMPLETION OF DISCOVERY
**Current Discovery Deadlines:**

| | |
|---|---|
| Last day to amend pleadings and add parties | Closed |
| Last day to disclose initial experts: | June 7, 2024 |
| Last day to disclose rebuttal experts: | July 8, 2024 |
| Close of Discovery: | August 8, 2024 |
| Last day to file Dispositive Motions: | September 9, 2024 |

**Proposed Discovery Deadlines:**

| | |
|---|---|
| Last day to amend pleadings and add parties | Closed |
| Last day to disclose initial experts: | August 8, 2024 |
| Last day to disclose rebuttal experts: | September 8, 2024 |
| Close of Discovery: | October 8, 2024 |
| Last day to file Dispositive Motions: | November 9, 2024 |

### E. CURRENT TRIAL DATE

A trial date has not been set.

DATED this 3rd day of June, 2024.

**THE POWELL LAW FIRM**

/s/ Benjamin Carman
Paul D. Powell (7488)
Tom W. Stewart (14280)
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148

and

Benjamin Carman, Esq.
NV Bar #12565
THE BIG GUNS INJURY ATTORNEYS
4045 Spencer Street, Suite A52
Las Vegas, NV 89119
*Attorneys for Plaintiff*

DATED this 3rd day of June, 2024.

**SPENCER FANE, LLP**

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
(Nevada Bar No. 12686)
Jessica E. Chong, Esq.
(Nevada Bar No. 13845)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for USAA Casualty Insurance Policy*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: June 3, 2024