Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for Defendant USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **CHRISTOPHER ORTIZ, JR.**, individually, <br><br> Plaintiff, <br><br> v. <br><br> **USAA CASUALTY INSURANCE COMPANY**, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:23-cv-00554-GMN-EJY <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant, USAA Casualty Insurance Company ("Defendant") by and through their counsel Spencer Fane LLP and Plaintiff, Christopher Ortiz ("Plaintiff") by and through their counsel The Powell Law Firm hereby stipulate and agree to dismiss Plaintiff's Complaint with prejudice. Each party will bear its own fees and costs.

/ / /

/ / /

/ / /

Dated this 10th day of October, 2024.

THE POWELL LAW FIRM

/s/ *Tom W. Stewart*
Paul D. Powell, esq.
Nevada Bar No. 7488
Tom W. Stewart, Esq.
Nevada Bar No. 14280
8918 Spanish Ridge Ave., Ste. 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

Dated this 10th day of October, 2024.

SPENCER FANE, LLP

/s/ *Mary Bacon*
Mary E. Bacon, Esq.
Nevada Bar No. 12686
Jessica E. Chong, Esq.
NV Bar No. 13845
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*USAA Casualty Insurance Company*

**ORDER**

It is hereby ordered that Plaintiff's Complaint be dismissed with prejudice.

IT IS SO ORDERED.

This date of October 10, 2024.

_____
Gloria M. Navarro
U.S. DISTRICT COURT JUDGE